IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                    Plaintiff,              )<br>                                                              )<br>         v.                                             )<br>                                                              )<br> MICAH PREIKSAITIS,                      )<br>                                                              )<br>                    Defendant.          )<br>                                                              ) | 8:02CR193<br><br>REASSIGNMENT ORDER |

     IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Thomas M. Shanahan to District Judge Laurie Smith Camp for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

     DATED this 31st day of August, 2005.

                                    BY THE COURT:

                                    s/Joseph F. Bataillon
                                    JOSEPH F. BATAILLON
                                    UNITED STATES DISTRICT JUDGE